Susan St. Vincent
Acting Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>CARLOS ESPINOSA VILLICANA,<br><br>          Defendant. | DOCKET NO: 6:14-mj-056-MJS<br><br>**CORRECTED MOTION TO DISMISS; AND ORDER THEREON** |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice in the interest of justice, for Count 2 – disorderly conduct. STEVENS plead Guilty to Count 2 – disorderly conduct, and Count 3 - possession of a controlled substance, on October 28, 2014, with a 12 month deferred entry of judgment on both counts, 12 months of unsupervised probation, and a $1,050 fine. VILLICANA has fully complied with the terms of his probation. The Government filed a Motion to Dismiss on November 3, 2015, as to Count 3, but mistakenly did not include Count 2 as part of the dismissal.

1

Dated:  January 25, 2016              NATIONAL PARK SERVICE

 /S/ Matthew McNease
Matthew McNease
Acting Legal Officer

## ORDER

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that Count 2 and Count 3 in the above referenced matter, *United States v. Carlos Espinosa Villicana*, 6:14-mj-056-MJS, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:  January 25, 2016              /s/ *Michael J. Seng*
                              UNITED STATES MAGISTRATE JUDGE